UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/2026
```

OCEAN GROUP FZCO,

            Plaintiff,

      -v-

LIDO OVERSEAS DMCC n/k/a LIDOIL DMCC,

        Defendant.

**ORDER**

24-CV-8059 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's Notice of Motion for Alternative Service of Process, ECF No. 19, Plaintiff's Memorandum in Support of the Motion for Alternative Service of Process, ECF No. 20, the Declaration of Artur Aushev, ECF No. 20-1 (the "Declaration"), and a Dun & Bradstreet report, ECF No. 20-2. The Declaration references Exhibits 1–3. However, it appears that at least Exhibits 1–2 were not filed, and it is unclear if ECF No. 20-2 is Exhibit 3. Therefore, Plaintiff is directed to file the Declaration and all supporting exhibits by **January 27, 2026.** Plaintiff shall include as the first page of each exhibit a cover sheet identifying the exhibit number of that document.

**SO ORDERED.**

Dated: January 20, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1