USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCEAN GROUP FZCO,

               Plaintiff,

     -v-

LIDO OVERSEAS DMCC n/k/a LIDOIL DMCC,

               Defendant.

**ORDER**

24-CV-8059 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's January 27, 2026 order, ECF No. 26, Petitioner was directed to file proof of service by February 26, 2026. So far as the docket reflects, Petitioner has not filed the proof of service. The Court *sua sponte* extends the deadline for Petitioner to file proof of service to **March 5, 2026**.

**SO ORDERED.**

Dated: February 27, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1