UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCEAN GROUP FZCO,

                  Plaintiff,

      -v-

LIDO OVERSEAS DMCC n/k/a LIDOIL DMCC,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2026

**ORDER**

24-CV-8059 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 28 (the "Letter Motion"), requesting to extend the deadline to file proof of service. The Letter Motion fails to explain what efforts Plaintiff has made to date to effectuate service or how events in the Persian Gulf make it more difficult for it to send material via email. Therefore, the Letter Motion is **GRANTED IN PART AND DENIED IN PART**. Plaintiff shall file proof of service by **April 6, 2026**, which is earlier than the deadline Plaintiff proposed.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 28 as **GRANTED IN PART AND DENIED IN PART**.

**SO ORDERED.**

Dated: March 6, 2026
      New York, New York

                                 Henry J. Ricardo
                                 United States Magistrate Judge

1